UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Hilda Santos Caballero,

        Plaintiff,

v.

Sam's West Inc., dba Sam's Club, *et al.*,

        Defendants.

Case No.: 2:22-cv-01183-CDS-DJA

**Order Granting Plaintiff's Motion to Remand**

(ECF No. 5)

Plaintiff Hilda Santos Caballero brought this action, related to a slip and fall incident at a Las Vegas area Sam's Club, in the Eighth Judicial District Court, Clark County, Nevada. *See* ECF No. 1-4. Defendant Sam's West, Inc. removed this case to this court, on the basis of diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. ECF No. 1.

Plaintiff filed a motion to remand (ECF No. 5) on August 8, 2022. Any opposition to the motion was due on August 22, 2022. *See* ECF No.; *see also* LR 7-2(b) (the deadline to file and serve any points and authorities in response a motion is 14 days after service of the motion.). Local Rule 7-2(d) provides that failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Defendant failed to file an opposition to the motion to remand.

Accordingly, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 5] is GRANTED**.
- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 29, Case No. A-22-846184-C** and CLOSE THIS CASE.

DATED: August 24, 2022.

_____
Cristina D. Silva
United States District Judge